UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

v.

BRITTAN GIBSON,

       Defendant.

Case No.   3:12-cr-72-1

**Judge Timothy S. Black**

CRIMINAL MINUTES before
United States District Judge Timothy S. Black

**Courtroom Deputy:** Mary Rogers
**Court Reporter:** Jodie Perkins, Official Court Reporter
**Date:** 12/12/2013 **Time:** Commenced 10:00 a.m.   Concluded 10:30 a.m. Total: 30 mins

**United States Attorney:** Brent Tabacchi        **Defendant Attorney:** Jon Paul Rion

*Court Proceeding:*   Defendant pleads Guilty to Counts 15 and 16 of the Superseding Indictment
                           Counts 1 and 17 of the Superseding Indictment to be dismissed

_x_ Counsel present

_x_ Deft's Counsel withdraws the Motion to Suppress; moves to withdraw Not Guilty Plea/enter into a Plea of Guilty; GRANTED
_x_ Deft Pleads Guilty on the charges

_x_ Deft sworn

_x_ Court questions Deft regarding his competency to enter a plea of guilty.
_x_ Court reviews Defendant's rights regarding: _x_ Consequences of a plea __ Restitution _x_ Forfeiture _x_ sentencing under the USSG; _x_ rights to trial; _x_ mandatory minimum and _x_ right to appeal. (Waiver of Appellate Rights at ¶8 of Plea Agreement)

_x_ Proposed Binding Plea Agreement summarized; Statement of Facts read into the record by AUSA Brent Tabacchi
_x_ Defendant AFFIRMED Plea/SOF

_x_ 2nd Opportunity for Deft to plead guilty on both cases

_x_ Court accepts Deft's Plea; finds the Deft to be adjudged Guilty; Court DEFERS acceptance of Plea Agreement pending PSR

_x_ PSI ordered by Court

_x_ Issue of Bond Reviewed; Defendant queried about motion for consideration of home detention; leave granted; Bond Status to remain in effect – Defendant REMANDED to USMS

**Sentencing set for 3/27/2014 at 10:00 a.m. Separate Notice to follow.**