UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRITTAN A. GIBSON,

    Defendant.

Case No. 3:12-cr-72-1

District Judge Michael J. Newman

### ORDER TRANSFERRING CASE TO DISTRICT JUDGE THOMAS M. ROSE

Due to the more recent and presently pending criminal case filed in this District against Defendant—*United States v. Brittan Gibson*, 3:22-cr-20-2 (S.D. Ohio) (Rose, J.)—the instant case is transferred to the docket of District Judge Thomas M. Rose.

**IT IS SO ORDERED.**

March 11, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge